[No. 10,491.—Department Two.]

## PEOPLE v. H. S. TIBBEY.

DEMURRER—CRIMINAL PRACTICE.

APPEAL from a judgment, in the Municipal Criminal Court of the City and County of San Francisco. FERRAL, J.

The indictment was for forgery, and it was claimed on demurrer that it did not describe any offense.

The COURT:

The demurrer to the indictment was properly sustained, and there was no error in the refusal of the Court below to refer the case to another grand jury.

Judgment affirmed.

---

[No. 7,298.—In Bank.]

## PEOPLE v. J. S. McCUNE ET AL.

STREET ASSESSMENT—JURISDICTION—LEGISLATIVE POWER—DUE PROCESS OF LAW.

APPEAL from a judgment, in the Third District Court, City and County of San Francisco. McKEE, J.

*J. Luttrell Murphy*, for Appellant.

*D. H. Whittemore*, for Respondents.

The COURT:

Upon the authority of *Brady* v. *King*, 53 Cal. 44, and *People* v. *Lynch*, 51 id. 15, the judgment is affirmed.